AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:20-mj-00941-NJK |
| | ) | |
| KINCAID OLAYAN | ) | Charging District:   District of Hawaii |
| *Defendant* | ) | Charging District's Case No.   1:20-cr-00098-JMS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:  United States District Court – District of Hawaii<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 | Courtroom No.:  AS ORDERED |
| | Date and Time:  November 4, 2020 at 2:00 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:      October 26, 2020

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED          ____ RECEIVED
____ ENTERED       ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

OCT 26, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY